240950

UNITED STATES DISTRICT COURT
District of Minnesota

# PETITION FOR ADMISSION PRO HAC VICE

Case Number: 01-704 RHK/SRN

## Affidavit of Movant

I, Peter M. Lancaster, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Leslie Spencer, an attorney admitted to practice in the Southern District of New York, but not admitted to the bar of this court, who will be counsel for the (X )plaintiff ( ) defendant Ingenix, Inc. in the case(s) listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of the case(s) listed below, and that I accept service of all papers served.

Signature [signature]

Date June 25, 2001

Minnesota Attorney License Number: #159840

Law Firm Address: 220 South Sixth Street
Pillsbury Center South
Minneapolis, MN 55402

Telephone: (612 )340-2600

## Affidavit of Proposed Admittee

I, Leslie Spencer, am currently a member in good standing of the U.S. District Court for the Southern District of New York, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Leslie Spencer
Type/Print Name

Signature [signature]

Date 6/20/2001

Attorney License Number: LS1308

Law Firm Address: 767 Fifth Avenue
New York, NY 10153

Telephone : (212 ) 310-8000

Case Number: 01-704 RHK/SRN

Judge Assigned:

Case Title:

Motion Granted: [signature] Francis E. Dosal, Clerk

For the Court,

JUN 26 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $75 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

Clerk, U.S. District Court
Federal Building, Room 708
316 North Robert Street
St. Paul, Minnesota 55101

FILED JUN 26 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK