137915

# UNITED STATES DISTRICT COURT

**District of Minnesota**
**Clerk's Office, 708 Federal Building,**
**316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100**

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-704 RHK/SRN **Case Title:** Ingenix, Inc. v. Symmetry Health Data Systems, Inc.

**Affidavit of Movant**

I, Patrick A. Reinken, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Daniel D. Maynard, an attorney admitted to practice in the ________ District of Arizona, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (x)defendant ________ in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

Signature Patrick A. Reinken — 212702 MN Attorney License # — June 6, 2001 Date

**Affidavit of Proposed Admittee**

I, Daniel D. Maynard, am currently a member in good standing of the U.S. District Court for the ________ District of Arizona, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Daniel D. Maynard
Type/Print Name — Signature — 6-18-01 Date

Attorney License Number: 009211

Law Firm Name & Address: Maynard, Murray, Cronin Erickson & Curran, P.L.C.
3200 North Central Avenue, Suite 1800
Phoenix, Arizona 85012

Telephone: (602) 279-8500

Motion Granted: ________
For the Court: Francis E. Dosal, Clerk

JUN 25 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

FILED JUN 25 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________