**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Ingenix, Inc.,** **Civil No. 01-906 (MJD/SRN)** 704

**Plaintiff,**

**v.**

**ORDER**

**Symmetry Health Data Systems, Inc.,**

**Defendant.**

---

Peter M. Lancaster, Esq. and Yoav M. Griver, Esq., on behalf of Plaintiff.

Patrick A. Reinken, Esq. and Douglas C. Erickson, Esq., on behalf of Defendant.

---

SUSAN RICHARD NELSON, United States Magistrate Judge

The above-entitled matter came before the undersigned United States Magistrate Judge telephonically on February 20, 2002, on Plaintiff's Motion for Order Limiting Deposition Questioning of Two Third-Party Witnesses (Doc. No. 36).

This Order addresses that Motion.

## I. PLAINTIFF'S MOTION FOR ORDER LIMITING DEPOSITION QUESTIONING OF TWO THIRD-PARTY WITNESSES

The Court orders Becky Derck and Mark Carlson to comply with Ingenix's counsel's instructions not to answer questions at their February 22, 2002 depositions: (1) because of privilege; or (2) because Ingenix's counsel believes in good faith that answering will violate the stay imposed by the Honorable Earl H. Carroll, United States District Judge for the District of Arizona. Any unanswered questions may be certified to the Court, and made the subject of a

FILED FEB 20 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

motion to compel. In the event that the Court grants such a motion, the unanswered questions may be asked prior to the cross-examination of Derck and Carlson.

**THEREFORE, IT IS HEREBY ORDERED that:**

(1) Plaintiff's Motion for Order Limiting Deposition Questioning of Two Third-Party Witnesses (Doc. No. 36) is **GRANTED**.

Dated: February 20, 2002.

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge