# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Ingenix, Inc.,

Plaintiff,

Civil No. 01-704 (RHK/SRN)

v.

**ORDER**

Symmetry Health Data Systems, Inc.,

Defendant.

---

Defendant's Motion to Extend Briefing and Hearing on Motion for Summary Judgment is **DENIED**, subject to the following schedule:

Defendant's response papers shall be served by 12:00 noon on October 11th;

Plaintiff's reply papers shall be served by 12:00 noon on October 21st; and

The Court will hear oral argument on October 24th at 9:00 a.m. in St. Paul.

Dated: October 8, 2002

RICHARD H. KYLE
United States District Judge

FILED OCT 0 8 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK