THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

INGENIX, INC.,

Plaintiff,

v.

SYMMETRY HEALTH DATA SYSTEMS, INC.,

Defendant.

**STIPULATION OF PARTIES FOR MODIFICATION OF PRETRIAL SCHEDULING ORDER**

Court File No. 01-704 (RHK/SRN)

Plaintiff Ingenix, Inc. ("Ingenix"), and Defendant Symmetry Health Data Systems, Inc. ("Symmetry"), by and through their undersigned counsel, hereby stipulate and agree, and, based on discussions with the Court on October 8, 2002, jointly request that the Court amend the May 7, 2002, Pretrial Scheduling Order for this action as follows:

1. Ingenix's Motion for Summary Judgment of Literal Infringement, and Ingenix's Motion for Partial Summary Judgment on Allegations of Misuse of Confidential Information and Affirmative Defenses, both served on or about September 18, 2002, shall be set for hearing before the Court on November 20, 2002, at 8:00 a.m.

2. Symmetry's papers in response to the above-referenced motions shall be served on or before October 21, 2002, with copies being faxed and Federal Expressed on that date to counsel for Ingenix.

3. Ingenix's papers in reply for the above-referenced motions shall be served on or before November 4, 2002, with all filing completed by Ingenix at that time, in accord with D. Minn. Local Rule 7.1(b)(2)(D).

4. This case shall be ready for trial **(JURY)** on March 1, 2003, or upon resolution of any pending dispositive motions. Anticipated length of trial is 10-12 days.

FILED OCT 15 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

The Court may enter these modifications in the form of the Agreed Order below.

DORSEY & WHITNEY LLP

By [signature]
Peter M. Lancaster (# 159840)
50 South Sixth Street
Suite 1500
Minneapolis, Minnesota 55402-1498
Telephone (612) 340-7811
Facsimile (612) 340-8856

Dated: October 9, 2002

WEIL GOTSHAL & MANGES LLP

Steven D. Glazer
Yoav M. Griver
Leslie M. Spencer
767 Fifth Avenue
New York, New York 10153
Telephone (212) 310-8299
Facsimile (212) 310-8007

Attorneys for Ingenix, Inc.

Dated: October 10, 2002

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By ______________________________
Patrick A. Reinken (212702)
Attorneys for Defendant Symmetry Health Data Systems, Inc.
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
Telephone (612) 340-7951
Facsimile (612) 340-7900

MAYNARD MURRAY CRONIN
ERICKSON & CURRAN

Daniel D. Maynard (AZ Bar No. 009211, admitted *pro hac vice*)
Douglas C. Erickson (AZ Bar No. 012130, admitted *pro hac vice*)
3200 North Central Avenue
Suite 1800
Phoenix, AZ 85012-2443
Telephone (602) 279-8500
Facsimile (602) 263-8185

Dated this 15th day of October, 2002.

Approved and so Ordered by the Court, except as to the estimate of 10-12 trial days RHK 10/15/02

RICHARD H. KYLE
United States District Court Judge
District of Minnesota



901113-1