**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Ingenix Inc.,

Plaintiff,

vs.

CV 01-704 RHK/SRN

Symmetry Health Data Systems, Inc.,

Defendant.

**NOTICE OF MOTION HEARING**

Defendant's Motion for Summary Judgment is re-scheduled to November 21, 2002, at 10:00 AM, before Judge Richard H. Kyle, in Courtroom #4, 7th floor, 316 North Robert Street, St. Paul.

October 18, 2002

RICHARD SLETTEN
Clerk of U.S. District Court

Deborah Siebrecht
Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel

OCT 18 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK