Cv 01-704 RHK/SRN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NOTICE OF ASSIGNMENT
OF CASES FOR TRIAL
BEFORE JUDGE KYLE

The following civil cases are deemed ready for trial before Judge Richard H. Kyle as of **March 1, 2003. Cases venued in the Third Division will be tried in St. Paul, Fifth Division in Duluth, and Sixth Division in Fergus Falls.** The cases are listed in the order in which they will be tried, but cases may be called randomly from the list if necessary. **UNDER THE SPEEDY TRIAL ACT, THE TRIALS OF CRIMINAL CASES MAY BE REQUIRED TO TAKE PRECEDENCE OVER THE TRIALS OF CIVIL CASES.**

Any motion for a continuance must be scheduled for a hearing before Judge Kyle.

Questions regarding the calendar may be directed to Deborah Siebrecht, Calendar Clerk for Judge Kyle, 316 North Robert Street, St. Paul, Minnesota 55101 (651) 848-1166.

DATED: November 12, 2002.

FILED NOV 1 2 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

| | | |
|---|---|---|
| 1. | **Kaci Jo Miller**<br>**et al** | **Mark Hallberg**<br>**612-335-3500** |
| | **vs CV 01-1973 RHK/AJB**<br>**JURY** | |
| | **Craig L. Belcourt, M.D.**<br>**et al** | **John Bland**<br>**Cecilie Loidolt**<br>**612-338-0661** |
| 2. | **James Newago** | **Michael Lander**<br>**612-339-1453**<br>**Mark Greeman**<br>**612-388-7260** |
| | **vs CV 02-231 RHK/AJB**<br>**JURY** | |
| | **Inland Paperboard and**<br>**Packaging Inc.,**<br>**sued as Inland Paperboard** | **Frank Vogl**<br>**612-339-7121** |
| 3. | **Deer River Development Inc.**<br>**et al**<br>**vs CV 02-282 RHK/RLE**<br>**JURY**<br>**DULUTH** | **Mark Knutson**<br>**218-727-8451** |
| | **Cincinnati Insurance Companies** | **Douglas Archibald**<br>**612-573-3000** |

| | | |
|---|---|---|
| 4. | **EZ Dock Inc.**<br><br>**vs CV 98-2364 RHK/AJB**<br>**JURY** | **Daniel Maertens**<br>**Lora Mitchell**<br>**612-492-7000**<br>**Michael Kovac**<br>**McPherson Moore**<br>**314-872-8118** |
| | **Schafer Systems Inc.** | **Douglas Williams**<br>**J Derek Vandenburgh**<br>**612-332-5300**<br><br>**G Brian Pingel**<br>**Michael Dee**<br>**515-225-3737** |
| 5. | **Ingenix Inc.**<br><br>**vs CV 01-704 RHK/SRN**<br>**JURY** | **Peter Lancaster**<br>**612-340-2600**<br><br>**Steven Glazer**<br>**Yoav M. Griver**<br>**Leslie Spencer**<br>**212-310-8000** |
| | **Symmetry Health Data Systems Inc.** | **Patrick Reinken**<br>**612-340-7951**<br><br>**Daniel Maynard**<br>**Douglas Erickson**<br>**602-279-8500** |