**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Ingenix, Inc.,

Plaintiff,

v.

Symmetry Health Data Systems, Inc.,

Defendant.

Civil No. 01-704 (RHK/SRN)

**ORDER**

---

Steven D. Glazer, Weil, Gotshal & Manges, New York, New York, and Peter M. Lancaster, Dorsey & Whitney, Minneapolis, Minnesota, for Plaintiff.

Daniel D. Maynard and Douglas C. Erickson, Maynard, Murray, Cronin, Erickson & Curran, Phoenix, Arizona, and Patrick A. Reinken, Rider, Bennett, Egan & Arundel, Minneapolis, Minnesota, for Defendant.

---

On November 27, 2002, following the hearing on Plaintiff Ingenix, Inc.'s ("Ingenix") Motions for Summary Judgment, Defendant Symmetry Health Data Systems, Inc. ("Symmetry") submitted two requests to the Court. Symmetry requested (1) a Markman hearing, and (2) an opportunity to supplement the record by submitting the file wrapper for U.S. Patent No 6,223,164. Because they fail to comply with the Federal Rules of Civil Procedure and are untimely, the Court will deny Symmetry's requests.

Symmetry has styled its filings as "requests" to avoid running afoul of the Amended Pretrial Scheduling Order (Doc. 66), which required the parties to file non-

FILED DEC 16 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

dispositive motions by August 15 and dispositive motions by November 1.[1] Under the Federal Rules, however, "[a]n application to the court for an order shall be by *motion,*" Fed. R. Civ. P. 7(b)(1) (emphasis added), which, under the circumstances here, must be in writing, and the Court is aware of no acceptable substitute. Symmetry can no more escape the requirements of the Court's scheduling order by retitling its papers than an inmate can escape prison by donning the warden's cap and a false moustache.

To the extent Symmetry's requests are motions by another name, they are untimely, and to the extent they are requests, they are outside the scope of the Federal Rules. Either way, they will be denied.

**Conclusion**

Based on the foregoing, and all of the files, records and proceedings herein, **IT IS ORDERED** that the Requests by Defendant Symmetry Heath Data Systems, Inc. to Supplement the Record for Ingenix's Motion for Summary Judgment of Literal Infringement of U.S. Patent No. 6,223,164 (Doc. 182) and Schedule a Markman Hearing (Doc. 181) are **DENIED.**

Dated: 12/16/02

RICHARD H. KYLE
United States District Judge

---

[1]Even Symmetry's request to supplement the record on Ingenix's motion for summary judgment comes more than a month late. (See Stip. of Modification of Pretrial Scheduling Order ¶ 2 (requiring Symmetry to submit its papers "on or before October 21, 2002").)