UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

INGENIX, INC.,

Plaintiff/Counterdefendant,

v.

SYMMETRY HEALTH DATA SYSTEMS, INC.,

Defendant/Counterclaimant.

CV 01-704 RHK/SRN

**ORDER GRANTING TEMPORARY STAY OF LITIGATION**

The Court has been presented with a Stipulation for Temporary Stay of Discovery and Litigation, and finding good cause therefor,

IT IS HEREBY ORDERED that this litigation is stayed for a period of ninety (90) days from this date.

IT IS FURTHER ORDERED that all pending deadlines and obligations relating to the upcoming trial and discovery are put in abeyance for a period of ninety (90) days from this date, subject to being reset by the Court at that time should the matter not be resolved within ninety (90) days.

Dated: 1/17/03

Richard H. Kyle
United States District Judge

FILED JAN 17 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500

## NOTICE

The latest amendments to the federal rules of procedure, (Civil, Criminal, Appellate and Bankruptcy), went into effect on December 1, 2002. The new amendments and related committee notes can be found at www.uscourts.gov/rules/amendments0202.htm.

One change is particularly noteworthy. That is Rule 7.1 of the Federal Rules of Civil Procedure. This rule requires that corporations file a "disclosure statement" whenever they initially appear as a party in a federal court action. The Rule 7.1 Disclosure Statement must identify "any parent corporation and any publicly held corporation that owns 10% or more" of the stock of the corporate party filing the statement. The purpose of the disclosure statement is to help judges and magistrate judges identify potential conflicts of interest. (Similar disclosure statement requirements are prescribed by Rule 26.1 of the Federal Rules of Appellate Procedure and Rule 12.4 of the Federal Rules of Criminal Procedure.)

Beginning December 1, 2002, a Rule 7.1 Disclosure Statement must be filed by every corporation when it first appears in a federal action, even if the corporation merely reports that there is no parent corporation or publicly held corporation that owns 10% or more of its stock. These Disclosure Statements must also be filed retroactively, for every corporation which is a party to an action pending in this District as of December 1, 2002. The retroactive Rule 7.1 statements must be filed immediately.

It also should be noted that there have been extensive stylistic changes, (as well as a few substantive changes), to the Federal Rules of Criminal Procedure. Attorneys who appear in federal criminal cases should review the amended version of the Rules.