**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Ingenix, Inc.,

Plaintiff,

v.

Symmetry Health Data Systems, Inc.,

Defendant.

Civil No. 01-704 (RHK/SRN)

**ORDER GRANTING TEMPORARY STAY OF DISCOVERY AND LITIGATION**

---

The Court has been presented with a Stipulation for Temporary Stay of Discovery and Litigation, and finding good cause therefor,

**IT IS HEREBY ORDERED** that this litigation, including all discovery activities, is stayed for an additional period of thirty (30) days from April 17, 2003.

**IT IS FURTHER ORDERED** that all pending deadlines and obligations in this matter are put in abeyance for a period of thirty (30) days from April 17, 2003, subject to being reset by the Court at that time should the matter not be resolved.

Dated: April 17, 2003

RICHARD H. KYLE
United States District Judge

APR 17 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK