UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
OFFICE OF THE CLERK
U.S. COURTHOUSE, SUITE 202
300 SOUTH FOURTH STREET
MINNEAPOLIS, MN 55415

OFFICIAL BUSINESS

RETURN TO SENDER

RECEIVED BY MAIL
MAR 09 2007
CLERK US DIST COURT
MINNEAPOLIS MN

US POSTAGE
$ 00.39
FIRST CLASS
Mailed From 55415
03/01/2007
031A 0002303240

Patrick A Reinken
The Legal Advocates
10 S ~~5th St Ste 700~~
Mpls, MN 55402

RETURN TO SENDER

55402+1033

UTF

Patrick A Reinken
The Legal Advocates
10 S 5th St Ste 700
Mpls, MN 55402

## Notices

0:01-cv-00704-RHK-SRN Ingenix, Inc. v. Symmetry Health Data **CASE CLOSED on 05/23/2003**

**U.S. District Court**

**District of Minnesota**

Notice of Electronic Filing

The following transaction was received on 2/28/2007 at 4:41 PM CST and filed on 2/28/2007

**Case Name:** Ingenix, Inc. v. Symmetry Health Data
**Case Number:** 0:01-cv-704
**Filer:**
**WARNING: CASE CLOSED on 05/23/2003**
**Document Number:** 196

**Docket Text:**
NOTICE OF INTENT TO DESTROY DOCUMENTS UNDER SEAL (kt)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1051215216 [Date=2/28/2007] [FileNumber=1317788-0
] [8cb89c0c2af69f7dd10555020eb89dba54dda6f779b19ca3f8e1a3d9c918849be28
3aaa5166db9a6f518a45b08e3329f60f83774ec35ea5caf832af79a64df90]]

**0:01-cv-704 Notice will be electronically mailed to:**

Peter M Lancaster lancaster.peter@dorsey.com, bianchi-rossi.deanna@dorsey.com

Heather D Redmond redmond.heather@dorsey.com, bianchi-rossi.deanna@dorsey.com

Leslie M Spencer lspencer@willkie.com,

**0:01-cv-704 Notice will be delivered by other means to:**

Douglas C Erickson
Maynard Murray Cronin Erickson & Curran
3200 Central Ave N Ste 1800
Phoenix, AZ 85012

Steven D Glazer
Weil Gotshal & Manges
767 5th Ave
New York, NY 10153

Yoav M Griver
Weil Gotshal & Manges
767 5th Ave
New York, NY 10153

Jane Linn
Weil Gotshal & Manges
767 5th Ave
New York, NY 10153

Daniel D Maynard
Maynard Murray Cronin Erickson & Curran
3200 Central Ave N Ste 1800
Phoenix, AZ 85012

Kevin McMahon
Weil Gotshal & Manges
767 5th Ave
New York, NY 10153

Patrick A Reinken
The Legal Advocates
10 S 5th St Ste 700
Mpls, MN 55402

**UNITED STATES DISTRICT COURT**
**District of Minnesota**

Ingenix, Inc.

Plaintiff,

v. 01cv704 RHK/SRN

Symmetry Health Data Systems, Inc.

Defendant.

**NOTICE OF INTENT TO DESTROY DOCUMENTS UNDER SEAL**

Pursuant to Local Rule 79.1(d), any party who introduces any model, diagram, exhibit, or document subject to a protective or confidentiality order must remove the same "within four months after the case is finally decided," or if there is an appeal, "within 30 days after the filing and recording of the mandate of the Appellate Court finally disposing of the cause." According to our records, that deadline has now passed in the above-entitled action. Therefore, you are hereby notified, pursuant to Local Rule 79.1(e), that ANY MODEL, DIAGRAM, EXHIBIT, OR DOCUMENT SUBJECT TO PROTECTIVE OR CONFIDENTIALITY ORDER THAT HAS NOT BEEN RETRIEVED FROM THE CLERK OF COURT WITHIN THIRTY (30) DAYS AFTER THE DATE OF THIS NOTICE MAY, AT ANY TIME THEREAFTER AND WITHOUT FURTHER NOTICE, BE DESTROYED OR OTHERWISE DISPOSED OF BY THE CLERK. If you intend to retrieve any model, diagram, exhibit, or document subject to protective or confidentiality order that you previously submitted in this action, contact Deborah Bell in the office of the Clerk of U.S. District Court at 612 664 5041.

RICHARD D. SLETTEN, CLERK

DATED: February 26, 2007

BY: s/ Deborah Siebrecht
Calendar Clerk to
Judge Richard H. Kyle